UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-842 (JGP) |
| | ) | |
| UNITED STATES SECRET SERVICE, | ) | |
| | ) | (Proposed) ORDER |
| Defendant. | ) | |

UPON CONSIDERATION of defendant's Motion to Consolidate, any Opposition thereto and the whole record herein, it is hereby, this ____ day of _____, 2006

ORDERED that this action shall be consolidated with *Citizens for Responsibility and Ethics in Washington v. United States Department of Homeland Security*, No. 1:06-00883 (EGS) for all purposes.

_____
UNITED STATES DISTRICT JUDGE