UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
DEMOCRATIC NATIONAL            :
 COMMITTEE                     :
                               :
    Plaintiff,                 :
                               :
        v.                     :   Civil No. 1:06cv842 (JGP)
                               :
UNITED STATES SECRET SERVICE,  :
                               :
    Defendant.                 :
_____:

**MOTION OF CITIZENS FOR RESPONSIBILITY AND ETHICS IN
WASHINGTON TO INTERVENE FOR THE LIMITED PURPOSE
OF FILING AN OPPOSITION TO DEFENDANT'S MOTION FOR CONSOLIDATION
AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**

Citizens for Responsibility and Ethics in Washington ("CREW") hereby moves the Court to intervene in this action for the sole purpose of filing an opposition to Defendant's Motion for Consolidation. As grounds for this motion, CREW states as follows:

On June 12, 2006, defendant United States Secret Service filed a motion to consolidate this action, to which CREW is not a party, with <u>Citizens for Responsibility and Ethics in Washington v. U.S. Dep't of Homeland Security</u>, No. 1:06cv00883 (EGS).

For the reasons set forth in the accompanying opposition to this motion, CREW opposes consolidation based on the significant differences of law and fact. CREW, however, is not a party to this action and therefore cannot make the Court aware of its opposition unless it is permitted to intervene in the instant action.

**CONCLUSION**

Wherefore, for the foregoing reasons, CREW respectfully requests that the Court grant its motion to intervene for the limited purpose of filing an opposition to defendant's motion to

consolidate.

                    Respectfully submitted,

                    ___/s/_____
                    Anne L. Weismann
                    (D.C. Bar No. 298190)
                    Melanie Sloan
                    (D.C. Bar No. 434584)
                    Citizens for Responsibility and Ethics
                     in Washington
                    1400 Eye Street, N.W., Suite 450
                    Washington, D.C.  20005
                    Phone: (202) 408-5565
                    Fax: (202) 588-5020

                    Attorneys for Citizens for Responsibility
                     and Ethics in Washington

Dated: June 20, 2006