UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:06cv842 (JGP) |
| | : | |
| UNITED STATES SECRET SERVICE, | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR CONSOLIDATION**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") hereby requests leave of the Court to file a surreply to Defendant's Reply Memorandum in Further Support of its Motion for Consolidation in order to address defendant Department of Homeland Security's ("DHS") misleading citation to relevant caselaw in its reply. By allowing this surreply, the Court will ensure a more accurate and complete record.

Respectfully submitted,

____/s/_____
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
 in Washington
1400 Eye Street, N.W., Suite 450

|  |  |
|---|---|
| Dated: July 5, 2006 | Washington, D.C. 20005<br>Phone: (202) 408-5565<br>Fax: (202) 588-5020<br>Attorneys for Citizens for Responsibility<br>  and Ethics in Washington |