# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
DEMOCRATIC NATIONAL         :
 COMMITTEE                 :
                                     :
      Plaintiff,              :
                                     :
           v.               :      Civil No. 1:06cv842 (JGP)
                                     :
UNITED STATES SECRET SERVICE,  :
                                     :
      Defendant.          :
_____:

## [DRAFT] ORDER

The Court having considered the Motion of Citizens for Responsibility and Ethics in Washington t to Intervene for the Limited Purpose of Filing an Opposition to Defendant's Motion for Consolidation and Supporting Memorandum of Points and Authorities, and the entire record herein, it is hereby

ORDERED, that the motion is granted and that Citizens for Responsibility and Ethics in Washington is hereby permitted to file its opposition, which accompanied its motion to intervene.


                                     _____
                                     JOHN GARRETT PENN
                                     United States District Judge

Dated: _____