## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-0842 (JGP) |
| | : | |
| UNITED STATES SECRET SERVICE, | : | |
| | : | |
| Defendant. | : | |
| | | |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-0083 (JGP) |
| | : | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : | |
| | : | |
| Defendant. | : | |

### [DRAFT] ORDER

The Court having considered the unopposed motion of Plaintiff Citizens for Responsibility and Ethics in Washington to amend its complaint, and the entire record herein, it is hereby

ORDERED, that the motion is granted and that Citizens for Responsibility and Ethics in

Washington is hereby permitted to file its Second Amended Complaint for Declaratory Judgment and Injunctive Relief.

                                                                                                                     _____

                                                                                                                     JOHN GARRETT PENN  
                                                                                                                     United States District Judge

Dated: _____