*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| **DEMOCRATIC NATIONAL COMMITTEE,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0842 (JGP)** |
| | ) | |
| **UNITED STATES SECRET SERVICE,** | ) | |
| **Defendant** | ) | |

| | | |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0883 (JGP)** |
| | ) | |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| **Defendant** | ) | |

**ORDER**

This matter came before the Court for an initial scheduling conference on August 8, 2006.

As in their previously filed Joint Statement, the parties were unable to agree on a schedule.  The

Court notes that while Defendant is extremely interested in having the matter stayed and pursuing

settlement, Plaintiffs feel that they need more information in order to discuss settlement.  The

Court understands Defendant's desire to settle this matter, but there must be a starting point.

The Court notes further that normally discovery and other activities continue while the parties are

discussing settlement.  Accordingly, it is hereby **ORDERED**:

1.  The Defendant's motion to stay is granted in part until September 1, 2006.[1]

---

[1]Defendant is expected to file an amended answer or other responsive pleading during this period.

2.  On or before September 1, 2006, Defendant shall file a memorandum describing the documents it possesses which are relevant to Plaintiffs' Freedom of Information Act ("FOIA") requests.  If it is the Defendant's position that any of these documents are not "agency records" within the meaning of the FOIA, the Defendant should identify the document and state the reasons for its position.  If it is the Defendant's position that any of these documents are exempt under the FOIA, the Defendant should identify the document and state the reasons for its position.  In these cases, Defendant may use a code or other method to identify the documents while limiting the information released in its memorandum.  However, it must submit a complete, unencrypted and unobscured version of the memorandum for the Court's in camera review.

3.  On or before September 6, 2006, either jointly or individually, the parties shall submit proposed scheduling orders regarding any remaining issues.

**SO ORDERED.**


DATE: August 9, 2006                                    **JOHN GARRETT PENN**
                                                        **United States District Judge**