UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Civil Action No. 06-883 (Penn) |
| DEMOCRATIC NATIONAL COMMITTEE <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SECRET SERVICE, <br><br> Defendant. | Civil Action No. 06-842 (Penn) |

**PROPOSED ORDER**

The Court GRANTS the United States Department of Homeland Security's motion to dismiss, for lack of subject matter jurisdiction, Claim Four of Citizen for Responsibility and Ethics in Washington's Second Amended Complaint.

IT IS SO ORDERED.

ENTERED: _____

_____
UNITED STATES DISTRICT
COURT JUDGE JOHN GARRETT
PENN