IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMOCRATIC NATIONAL COMMITTEE** )<br>)<br>    **Plaintiff,**    )<br>)<br>v.    )<br>)<br>**UNITED STATES SECRET SERVICE,**    )<br>)<br>    **Defendant**    )<br>_____)   | Civil Action No. 06-0842(JGP) |
| **CITIZENS FOR RESPONSIBILITY AND** )<br>**ETHICS IN WASHINGTON,** )<br>)<br>    **Plaintiff,**    )<br>)<br>v.    )<br>)<br>**UNITED STATES DEPARTMENT OF** )<br>**HOMELAND SECURITY,** )<br>)<br>    **Defendant**    )<br>_____) | Civil Action No. 06-0883(JGP) |

## **[PROPOSED] ORDER**

Upon consideration of plaintiff Democratic National Committee's Motion for Immediate Settlement Conference and Proposed Scheduling Order, any oppositions thereto, and the Proposed Scheduling Orders submitted by plaintiff Citizens for Responsibility and Ethics in Washington and defendant U.S. Secret Service/Department of Homeland Security, it is hereby

ORDERED, that counsel for the parties shall appear at a settlement conference at _____ on September __, 2006, in _____; and

FURTHER ORDERED, that unless a settlement agreement or joint stipulation has earlier been entered providing for dismissal of the Freedom of Information Act claims in both cases, the parties shall file their motions for summary judgment and briefing on those claims in accordance with the following schedule:

| | |
|---|---|
| Motions for summary judgment | September 12, 2006 |
| Memoranda in opposition | September 19, 2006 |
| Reply memoranda | September 25, 2006 |

SO ORDERED.

Dated:  September ___, 2006             _____

JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE