UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>   Defendant. | Civil Action No. 06-883 (JGP) |
| DEMOCRATIC NATIONAL COMMITTEE<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES SECRET SERVICE,<br><br>   Defendant. | Civil Action No. 06-842 (JGP) |

**DEFENDANT'S PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Order of August 9 (Docket Entry No. 16, Civil Action No. 06-842), the defendant in these consolidated actions, the Department of Homeland Security (DHS), hereby advises the Court of the status of settlement negotiations and, to the extent that the parties cannot reach an agreement for settlement, proposes a scheduling order.

Settlement discussions among the parties remain ongoing. The defendant continues to believe that there is a possibility of settlement and that the parties could benefit from the

1

assistance of a mediator.  Accordingly, defendant renews its request that the Court refer these matters to the Court's mediation program for appointment of a mediator.

Defendant requests that any scheduling order entered by the Court take into account the fact that settlement discussions are ongoing.  Should the parties determine that an agreement cannot be reached, the defendant anticipates that it will file a comprehensive motion for summary judgment on plaintiffs' Freedom of Information Act ("FOIA") claims.[1]  Such a motion will include declarations from different agencies and require substantial coordination within the government.  Accordingly, defendant requires a minimum of thirty (30) days to prepare its opening brief and two (2) weeks to prepare a reply to opposition briefs.  The length of time requested also takes into account the fact that defendant faces interim deadlines on its motion to dismiss Claim Four of CREW's second amended complaint.

Dated: September 6, 2006                                  Respectfully submitted,

                                                          PETER D. KEISLER
                                                          Assistant Attorney General

                                                          KENNETH L. WAINSTEIN
                                                          United States Attorney

                                                          CARL J. NICHOLS
                                                          Deputy Assistant Attorney General

                                                          JOSEPH H. HUNT
                                                          Branch Director

---

[1] "Plaintiffs' FOIA claims" refers to all claims in both cases other than Claim Four of Citizens for Responsibility and Ethics in Washington's ("CREW") second amended complaint. In accordance with the Court's Order of August 9 (Docket Entry No. 28, Civil Action No. 06-883), on September 1, defendant and CREW submitted a Joint Proposed Scheduling Order regarding Claim Four of CREW's second amended complaint.

<div style="margin-left: 50%;">

s/ Justin M. Sandberg
ELIZABETH J. SHAPIRO
(D.C. Bar No. 418925)
Assistant Branch Director
SARA CLASH-DREXLER
(Pa. Bar No. 86517)
Trial Attorney
JUSTIN M. SANDBERG
(Ill. Bar. No. 6278377)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. #7224
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 514-3489
Facsimile:  (202) 616-8202
E-mail:  justin.sandberg@usdoj.gov

Attorneys for Defendant

</div>