UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DEMOCRATIC NATIONAL COMMITTEE,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-0842 (JGP)** |
| | ) | |
| **UNITED STATES SECRET SERVICE,** | ) | |
| Defendant | ) | |
| | | |
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-0883 (JGP)** |
| | ) | |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| Defendant | ) | |

**ORDER**

Following an initial scheduling conference, the Court ordered a partial stay for the parties to pursue settlement negotiations and ordered Defendant to file a memorandum identifying each document relevant to Plaintiffs' Freedom of Information Act ("F.O.I.A.") requests, any reasons why each document was not subject to the F.O.I.A., and any applicable exemptions for each document. The Court provided an option for Defendant to submit some information *in camera*. The Court also required the parties to submit proposed scheduling orders.

In response, the parties filed various documents which the Court has considered, including **Defendant's Memorandum in Response to the Court's August 9, 2006 Order**[1], the **Joint Proposed Scheduling Order** of Defendant and Plaintiff Citizens for Responsibility and

---

[1] See docket entry number 19 in Civ. No. 06-0842 and number 36 in Civ. No. 06-0883.

Ethics in Washington ("CREW")[2], the **Motion for Immediate Settlement Conference and Proposed Scheduling Order** of Plaintiff Democratic National Committee ("DNC")[3], Defendant's **Proposed Scheduling Order**[4], and Plaintiff CREW's **Proposed Scheduling Order**[5].

The Court notes that CREW and Defendant have agreed upon a schedule for the briefing of the Motion to Dismiss Claim Four of Plaintiff's Second Amended Complaint, and that the DNC has moved, with the consent of all the parties, for a settlement conference.

The Court notes further that both Plaintiffs seek expedited dispositive motion briefing schedules, while Defendant seeks thirty days to file its motion. However, the Court finds that Defendant's response to the Court's August 9, 2006 Order provided insufficient information to justify the requested additional time. Furthermore, Plaintiffs' F.O.I.A. requests had both been submitted before the beginning of February 2006, and thus Defendant has had adequate time.

Accordingly, it is hereby

**ORDERED** that **Plaintiff DNC's Motion for Immediate Settlement Conference** is **GRANTED**, and this matter is referred to a Magistrate Judge for purposes of a settlement conference. This matter is not stayed for any purposes. It is further

**ORDERED** that the parties comply with the following schedule:

1. Plaintiff CREW may file an opposition to Defendant's Motion to Dismiss Claim Four of Plaintiff's Second Amended Complaint on or before September 13, 2006.

---

[2] See docket entry number 35 in Civ. No. 06-0883.

[3] See docket entry number 20 in Civ. No. 06-0842 and number 37 in Civ. No. 06-0883.

[4] See docket entry number 21 in Civ. No. 06-0842 and number 38 in Civ. No. 06-0883.

[5] See docket entry number 22 in Civ. No. 06-0842 and number 39 in Civ. No. 06-0883.

    2.  Defendant may file a reply in support of its Motion to Dismiss Claim Four of Plaintiff's Second Amended Complaint on or before September 25, 2006.

    3.  The parties may file motions for summary judgment on or before September 21, 2006.

    4.  The parties may file oppositions to motions for summary judgment on or before September 28, 2006.

    5.  The parties may file replies in support of motions for summary judgment on or before October 3, 2006.

    6. If the Court determines that oral argument on any of the motions is necessary, it will inform the parties at a later date.

    **SO ORDERED.**

**DATE: September 8, 2006**                                   **JOHN GARRETT PENN**
                                                                                 **United States District Judge**