# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0842 (JGP) |
| UNITED STATES SECRET SERVICE, | : |
| Defendant. | : |
| | |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0083 (JGP) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : |
| Defendant. | : |

## [PROPOSED] ORDER

Defendant's Motion to Dismiss Claim Four of Plaintiff's Second Amended Complaint is hereby denied.

Date: _____    _____
JOHN GARRETT PENN
U.S. DISTRICT JUDGE